IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN MOSQUEDA | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:10CV235 LG-JMR |
| | § | |
| SMITH & WESSON CORP., | § | |
| WALTHER USA, LLC, AND | § | DEFENDANTS |
| JOHN DOES 1-10 | § | |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's claims against the Defendants are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE